IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISSA BATTLE, | ) | |
| | ) | Civil Action No. 2:21-cv-1682 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| MARTIN D. KAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court is in receipt of Plaintiff's Authorization Form. However, it appears as though Plaintiff did not complete the form correctly. Plaintiff was instructed to sign EITHER the top section that authorizes monthly payments from his inmate account (assuming Plaintiff wishes to proceed with this case) OR the bottom section that moves to withdraw this action without payment of any portion of the filing fee (assuming Plaintiff no longer wishes to proceed with this case). He was to sign one or the other, but Plaintiff signed both sections. It is therefore impossible to know how Plaintiff wishes to proceed.

AND NOW, this 7th day of December, 2021, IT IS HEREBY ORDERED that the Clerk of Court shall enclose with this Order another copy of the Authorization Form. Plaintiff shall sign only one section of the form and return it within ten days of the date of this Order. If Plaintiff fails to return the form on time then this action may be dismissed for his failure to prosecute.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Issa Battle
37857-068
Gilmer
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 6000
Glenville, WV  26351

Inmate Account Officer
FCI-Gilmer